FILED ___ ENTERED
LODGED ___ RECEIVED
AUG 14 2008
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY J. PRENDERGAST, | Case No. C07-435-JLR |
| Plaintiff, | |
| v. | |
| WHATCOM COUNTY, et al., | ORDER OF DISMISSAL |
| Defendants. | |

The Court, having reviewed plaintiff's complaint in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of those documents, defendants' Motion for Summary Judgment, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (Dkt. No. 17) is GRANTED and plaintiff's complaint (Dkt. No. 5) is DISMISSED with prejudice

(3) The Clerk of Court is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 14th day of August, 2008.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL – 1